HOROWITZ v. HAMBURG–AMERICAN PACKET CO. (Supreme Court, Appellate Term, First Department. October 29, 1896.) Action by Isabella Horowitz against the Hamburg-American Packet Company. Motion for leave to appeal to appellate division. See 37 N. Y. Supp. 1146. J. J. Frank, for the motion. Mashbur & Cukor, opposed.

PER CURIAM. We consider that the point in respect to which the justices of this term differed, viz. whether the question of permanent injuries should have been submitted to the jury in the absence of the evidence of medical experts, is of sufficient importance to justify the granting of the motion. Motion granted upon condition that the appellant files a stipula-

tion that, for the purpose of such appeal, it will waive all objections to the judgment except those which raised that point.